**No. 62478.**—David E. Schwab & Co., Inc. *v.* United States, protests 58/2755, 58/7223, and 58/9603 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the mer-
chandise consists of veils made on a lace or net machine, composed wholly or in
chief value of silk, the claim of the plaintiff was sustained.